IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ELCIRA BARES, <br> Plaintiff, | § § § | |
| v. | § § | Civil Action No. 5-23-CV-912-FB (HJB) |
| STATE FARM LLOYDS, <br> Defendant. | § § § | |

## JOINT RULE 41(a) STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff Elcira Bares and Defendant State Farm Lloyds (collectively "the Parties") stipulate and agree that this matter has been resolved and that the above-referenced cause may be dismissed with prejudice, with each party hereto to bear their own costs and expenses. The Parties pray that this Court issue an Order dismissing this case, with prejudice, and with each party to bear their own costs and expenses.

**APPROVED:**

KUSTOFF & SANDERS, LLP
4103 Parkdale Street
San Antonio, Texas 78229
Telephone: (210) 614-9444
service@salegal.com

_____
Daniel O. Kustoff
State Bar No. 11770515
Melanie H. Sanders
State Bar No. 24032416
Taylor L. Crull
State Bar No. 24107021

COUNSEL FOR PLAINTIFF ELCIRA BARES

LINDOW STEPHENS SCHULTZ
MOYNIHAN & BROWN LLP
One Riverwalk Place
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas 78205
Telephone:  (210) 227-2200
Facsimile:   (210) 227-4602
dstephens@lsslaw.com
rramos@lsslaw.com

_____
David R. Stephens
State Bar No. 19146100
Roland D. Ramos
State Bar No. 24096362

COUNSEL FOR DEFENDANT STATE FARM LLOYDS